IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BRANDON SCOTT**                                                                                         **PLAINTIFF**

V.                              **CASE NO. 5:23-CV-5188**

**DR. ROBERT KARAS, Karas Correctional Health;**
**EARL HINELY, Registered Nurse;**
**TIM HELDER, Former Sheriff; and**
**JOHN DOES 1-11, Washington County Jail**                                **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 10) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen days have passed, and no party filed objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, **IT IS ORDERED** that **ALL CLAIMS** against Defendant Helder are **DISMISSED** for failure to state a claim. *See* 28 U.S.C. § 1915A(b). By separate Order, the Complaint and this Report and Recommendation will be served on Defendants Karas and Hinely.

**IT IS SO ORDERED** on this 20th day of March, 2024.

> */s/ Timothy L. Brooks*
> TIMOTHY L. BROOKS
> UNITED STATES DISTRICT JUDGE